

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF EL PASO, | § | No. 08-23-00174-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number 3 |
| ALBERT LOPEZ and LEXBY LOPEZ, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2017DCV0065) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF DECEMBER 2023.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, and Soto, JJ.